**Carl SMITH, Appellant,**

v.

**UNITED STATES of America,**

No. 16058.

United States Court of Appeals
Eighth Circuit.

March 5, 1959.

J. G. Fletcher and B. A. Webster, Jr., Des Moines, Iowa, for appellant.

Roy L. Stephenson, U. S. Atty., Richard J. Wells, Asst. U. S. Atty., Des Moines, Iowa, and John C. Stevens, Asst. U. S. Atty., Muscatine, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

**M. A. MAHANNA et al., Appellants,**

v.

**J. C. GAUVEY, doing business as Gauvey Rig and Trucking Company, et al.**

No. 16104.

United States Court of Appeals
Eighth Circuit.

March 5, 1959.

Joseph P. Stevens, Minot, N. D., for appellants.

George A. Soule, Van Osdel & Foss, Wattam, Vogel, Vogel, Bright & Peterson, Robert Vogel, U. S. Atty., Gordon Thompson, Asst. U. S. Atty., Fargo, N. D., Charles K. Rice, Atty. Gen., and Lee A. Jackson, Atty., U. S. Department of Justice, Washington, D. C., Lord, Ulmer, Bair & Daner, Bismarck, N. D., Davidson & Whisenand, Burk & O'Connell, and Bjella, Jestrab & Neff, Williston, N. D., for appellees.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee J. C. Gauvey, doing business as Gauvey Rig and Trucking Company.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**LOCAL UNION NO. 553, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE U. S., AND CANADA, et al.**

No. 16182.

United States Court of Appeals
Eighth Circuit.

March 13, 1959.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.